Matthew W. Dietz (SBN 274665)
mdietz@blackstonepc.com
Hazel Blackman (SBN 273851)
hblackman@blackstonepc.com
Betty Markarian (SBN 347988)
bmarkarian@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Blvd., Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278
Facsimile: (855) 786-6356

Attorneys for Plaintiff,
HARIS HADZIOSMANOVIC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

HARIS HADZIOSMANOVIC,

Plaintiff,

v.

AUTOMATIC DATA PROCESSING, INC., and DOES 1-50 inclusive,

Defendants.

Case No. 26-cv-00414-TSH

Hon. Thomas S. Hixson, Magistrate Judge

**ORDER GRANTING STIPULATION TO AMEND COMPLAINT TO ADD DEFENDANT ADP, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiff is granted leave to file and serve his First Amended Complaint adding ADP, Inc. as a defendant and dismissing Defendant Automatic Data Processing, Inc. without prejudice. Plaintiff shall file and serve his First Amended Complaint within 14 days of this Order.

DATED: August 21, 2026

MAGISTRATE JUDGE OF THE DISTRICT COURT